**Electronically Filed
Supreme Court
SCPR-11-0001094
17-JAN-2012
09:34 AM**

NO. SCPR-11-0001094

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

IN RE LAWRENCE R. DANIELS, Petitioner.

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE</u>
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of Petitioner Lawrence R. Daniels' petition to resign and surrender his license to practice law in the State of Hawai‘i, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai‘i (RSCH), and the affidavits and exhibits in support thereof,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rule 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Lawrence R. Daniels, attorney number 1424, from the roll of attorneys of the State of Hawai‘i, effective with the filing of this order.

DATED: Honolulu, Hawai‘i, January 17, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

